UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
  :
THE ESTATE OF MICHAEL HEISER, *deceased*, et al.,  :
  :                    11 Civ. 1598
                      Petitioners,  :
  :                    ORDER
        -v-  :
  :
CITIBANK, N.A.,  :
  :
                      Respondent.  :
  :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        Petitioners filed a petition in this action on March 8, 2011, seeking an order compelling garnishee Citibank, N.A. to turn over Iranian assets that it holds in accordance with a levy against those funds, under the Terrorism Risk Insurance Act of 2002, 28 U.S.C. § 1610, and New York City law. Dkt. 1. On November 9, 2011, pursuant to a stipulation, this matter was stayed pending the outcome of *Levin v. Bank of New York, et al.*, No. 9 Civ. 5900, pending before another court in this District. Dkt. 19. On June 12, 2013, the parties advised the Court that the *Levin* matter was ongoing. Dkt. 26. On November 2, 2018, petitioners voluntarily dismissed by stipulation some, but not all, of their claims against Respondent. In 2022, this case was reassigned to me.

        The Court orders the parties, by April 14, 2023, to file jointly a status update letter as to petitioners' remaining claims, the *Levin* matter, and the prospect of this matter's resolution.

        SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          Paul A. Engelmayer
                                                          United States District Judge

Dated: March 29, 2023
       New York, New York